IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICKY HAWS,<br><br>Plaintiff,<br><br>v.<br><br>CEDAR CITY POLICE DEPARTMENT,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:18-CV-00810-CW-EJF<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). On April 9, 2019, Judge Furse issued a Report and Recommendation, recommending that the court dismiss this action without prejudice for failure to state a plausible claim for relief. Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, and for the reasons stated by Judge Furse, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety. Accordingly, this case is dismissed without prejudice.

DATED this 2nd day of May, 2019.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge